

# Fourth Court of Appeals
## San Antonio, Texas

August 6, 2014

No. 04-14-00027-CR

Isidoro **ALVARADO**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 399th Judicial District Court, Bexar County, Texas
Trial Court No. 2011CR6175
Honorable Ray Olivarri, Judge Presiding

# O R D E R

The Appellant's motion for extension of time to file the brief is GRANTED.

_Catherine Stone_
Catherine Stone, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 6th day of August, 2014.

_Keith E. Hottle_
Keith E. Hottle
Clerk of Court